# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



### JUDGMENT IN A CIVIL CASE

TIMOTHY L. MORTON,

v.

CORRECTIONS CORPORATION        CASE NUMBER:   1:05-1114-T/An
OF AMERICA, ET AL.,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/5/2005, this case is hereby DISMISSED without prejudice , pursuant to 42 U.S.C. § 1997 e(a). It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith; and the plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and § 1915(a)-(b).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　　CLERK

_8/8/05_____        BY:   _C. Kend_____
DATE                                     DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8/9/05__.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01114 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

Timothy L. Morton
324048
Rt. 4, Box 600
Pikeville, TN 37367

Honorable James Todd
US DISTRICT COURT